UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD,
INC., POLYPROPYLENE HERNIA          Case No. 2:18-md-2846
MESH PRODUCTS LIABILITY
LITIGATION

                                  Judge Edmund A. Sargus, Jr.
                                  Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Harston v. Becton, Dickinson and Co., et al.*
Case No. 2:21-cv-3865

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party. (ECF No. 9.)  Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1).  "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff's death, Patty Harston was appointed the administratrix of his estate. (ECF No. 9.)  Plaintiff now moves for the substitution of Patty Harston, as Administratrix of the Estate of Perry Harston, as the proper plaintiff.  (*Id.*)  Plaintiff's unopposed Motion to Substitute is **GRANTED**.  The Clerk is directed to substitute Patty Harston, as Administratrix of the Estate of Perry Harston, as Plaintiff in place of Perry Harston.

    IT IS SO ORDERED.


**3/22/2023**                                            s/Edmund A. Sargus, Jr.
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                     **UNITED STATES DISTRICT JUDGE**